RECEIVED
JUL 3 1 2014
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 14-2514 (DEA) |
| v. | : 14-2515 (DEA) |
| CHAIM RUBIN | : CONTINUANCE ORDER |

Defendant CHAIM RUBIN having been arrested on a criminal complaint charging the defendant with conspiracy to kidnap, in violation of Title 18, United States Code, Section 1201(c); and the defendant having appeared before the Court for an initial appearance on May 15, 2014; and the defendant and his counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), both the United States and the defendant request this continuance so that the parties can explore the possibility of negotiating a plea agreement, thereby avoiding a possible trial; and for good cause shown;

IT IS on this ___31st___ day of July, 2014,

ORDERED that from the date this Order is entered, to and including October 3, 2014, shall be excluded in calculating the time within which an Information or Indictment must be filed under the Speedy Trial Act for the following reasons:

1. Both the United States and the defendant desire time to discuss the evidence and possible plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
R. Joseph Gribko
Assistant U.S. Attorney

_____
Stacy A. Biancamano, Esq.
Attorney for Defendant

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge